UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER CODEN, LINDSAY RENERT, JEFFREY RENERT, LILI HUGHES, THOMAS COVALLO, ALYSSA NIGHTINGALE, GISELA NIGHTINGALE, TED KURTZ, MARITZA KURTZ, JOHN THRUSH, JAMES BURGER and NORA NELLIS,<br><br>Plaintiffs,<br><br>v.<br><br>SUFFOLK COUNTY, NEW YORK, et al.<br><br>Defendants. | Civil Action No. 22-cv-07065 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by and through their undersigned counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1), hereby dismiss this action, *without prejudice.*

Dated this 27th day of February 2023:

_____
JENNIFER L. CODEN, ESQ.
Law Offices of Jennifer L. Coden, PLLC
100 Crossways Park Drive West, Suite 212
Woodbury, New York 11797

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

_____
Jennifer Coden, Esq.

```
/s/ JOANNA SEYBERT
Hon. Joanna Seybert U.S.D.J.
Dated:          February 28, 2023
                Central Islip, New York


The Clerk of the Court is directed to mark
this case CLOSED
```